HARLOW C. CURTISS, Respondent, *v.* WILLIAM T. JEBB,
Appellant.

Reported below, 137 App. Div. 928.
(Argued November 14, 1910; decided November 22, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 16, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover back money paid.

The motion was made upon the ground that the judgment of the Appellate Division was unanimous and the exceptions frivolous.

*James McC. Mitchell* for motion.

*Charles B. Sears* opposed.

Motion denied, with ten dollars costs.

———————

HERMAN A. WAGNER et al., Respondents, *v.* MORRIS WORTIS
et al., Appellants, Impleaded with Others.

(Submitted November 14, 1910; decided November 22, 1910.)

Motion for re-argument denied, with ten dollars costs.    (See 199 N. Y. 571.)

———————

In the Matter of the Application of THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant and Respondent, Relative to Acquiring Lands Required for the Opening of Mount Vernon Avenue.

ALFRED HUTTER et al., as Executors of LEOPOLD HUTTER et al.,
Respondents and Appellants.

(Submitted November 14, 1910; decided November 22, 1910.)

Motion for re-argument denied, with ten dollars costs.
(See 199 N. Y. 559.)